UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| **KENNETH R. SHEPHERD,** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 3:05cv0213 AS |
| | ) | |
| **LUKE MINEAR,** | ) | |
| | ) | |
| Defendant | ) | |

*MEMORANDUM OPINION AND ORDER*

On or about April 12, 2005, this plaintiff, Kenneth R. Shepherd, appearing *pro se*, filed a complaint in the South Bend division of the United States District Court for the Northern District of Indiana. The defendant in the case is Luke Minear. On April 26, 2005, the defendant, Luke Minear, filed a motion to dismiss for lack of jurisdiction over the subject matter which was served on the plaintiff, Kenneth R. Shepherd. Generally, the Supreme Court has ruled that claims for defamation are not within the federal question jurisdiction of this court. *See Polk County v. Dodson*, 454 U.S. 312 (1981). *See also Bone v. City of Lafayette*, 919 F.2d 64 (7th Cir. 1990). It is readily apparent that there is no jurisdiction in this case on the basis of diversity of citizenship under Title 28 U.S.C. §1332. This complaint is now **DISMISSED** but **WITHOUT PREJUDICE**. **IT IS SO ORDERED**.

**DATED:** May 19, 2005

s/ ALLEN SHARP
**ALLEN SHARP, JUDGE**
**UNITED STATES DISTRICT COURT**
